IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORNA BERNHOFT | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| JOSEPH PALMER, et al. | : | NO. 11-2291 |

# O R D E R

**AND NOW**, this 25th day of April, 2011, at the request of all of the parties, the above-captioned case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE